IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ARKANSAS VALLEY ELECTRIC**
**COOPERATIVE CORPORATION**                                  **PLAINTIFF**

**V.**                  **CASE NO. 2:16-CV-02139**

**SOUTHWESTERN BELL TELEPHONE**
**COMPANY d/b/a AT&T OKLAHOMA**                             **DEFENDANT**

### ORDER OF DISMISSAL WITH PREJUDICE

The parties to this case filed a Notice of Settlement and Stipulation of Dismissal (Doc. 36) on April 24, 2017. It appearing to the Court that the parties have amicably resolved their dispute, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 25th day of April, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE